UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 16-0069 FMO (KKx) | Date | March 4, 2016 |
|---|---|---|---|
| Title | Emergent Medical Associates v. Allied World Assurance Co. (US), Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): | |
| None Present | None Present | |

**Proceedings:** (In Chambers) Order to Show Cause Re: Jurisdiction

On January 5, 2016, plaintiff Emergent Medical Associates ("Emergent") filed a complaint in this court against Allied World Assurance Company (US), Inc. ("Allied"), asserting state law claims of breach of contract and breach of the implied covenant of good faith and fair dealing. (See Dkt. 1, Complaint). According to the complaint, Emergent is "a general partnership formed under the laws of the State of California[,]" (id. at ¶ 1), and Allied is a corporation "authorized and qualified to conduct insurance business within the State of California." (Id. at ¶ 2).

Emergent failed to include in the complaint "a short and plain statement of the grounds for the court's jurisdiction" as required by Fed. R. Civ. P. 8(a)(1). (See Dkt. 1, Complaint). On January 7, 2016, this court issued an order requiring Emergent to "show cause in writing, on or before January 21, 2016, why this case should not be dismissed for failure to comply with Rule 8(a) and lack of jurisdiction." (Dkt. 7, Order to Show Cause Re Jurisdiction at 2). On January 21, 2016, Emergent filed a First Amended Complaint ("FAC"), asserting that this case falls within the court's diversity jurisdiction. (See Dkt. 11, FAC at ¶ 28).

Federal district courts have jurisdiction over civil actions in which complete diversity of citizenship exists among the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. See 28 U.S.C. § 1332. Complete diversity exists when no plaintiff is a citizen of the same state as any defendant. See Abrego Abrego v. The Dow Chemical Co., 443 F.3d 676, 679 (9th Cir. 2006). For the purpose of assessing diversity jurisdiction, "a partnership . . . is a citizen of each State or foreign country of which any of its partners is a citizen." Grupo Dataflux v. Atlas Global Group, L.P., 541 U.S. 567, 569, 124 S.Ct. 1920, 1923 (2004). A corporation is a citizen of both "any State by which it has been incorporated and where it has its principal place of business." 28 U.S.C. § 1332(c)(1); see also Hertz Corp. v. Friend, 559 U.S. 77, 80-81, 130 S.Ct. 1181, 1186 (2010) (defining "principal place of business" as the "nerve center" of a corporation where its "high level officers direct, control, and coordinate" its activities).

Emergent fails to address complete diversity in the FAC. Emergent does not identify the citizenship of its partners or that of Allied. As a result, the court cannot determine whether it may

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 16-0069 FMO (KKx)** | Date | **March 4, 2016** |
|---|---|---|---|
| Title | **Emergent Medical Associates v. Allied World Assurance Co. (US), Inc.** | | |

properly exercise diversity jurisdiction. Accordingly, IT IS ORDERED that no later than **March 11, 2016**, Emergent shall show cause in writing why this case should not be dismissed for lack of subject matter jurisdiction. Emergent shall file a Second Amended Complaint that, at a minimum, specifies: (1) the citizenship and residence of **each** of Emergent's partners; (2) the state where Allied is incorporated; and (3) the jurisdiction where Allied has its principal place of business. Emergent's response shall be supported by a declaration as necessary.  **Failure to submit a Second Amended Complaint by the deadline set forth above may be deemed as consent to dismissal of the action**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | VDR | | |